DELAWARE, LACKAWANNA AND WESTERN COAL COMPANY, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued April 16, 1947; decided May 15, 1947.

*Charles E. Murphy, Corporation Counsel* (*Reuben Levy* and *Harry E. O'Donnell* of counsel), for appellant.

*I. T. Flatto* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.